# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

129343

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

JASON DAVID HINES,
  Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129343
COA: 262429
Jackson CC: 03-004501-FH

On order of the Court, the application for leave to appeal the July 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

t1121